RECEIVED CLERK

DEC 03 2015

FILED U.S. DISTRICT COURT

2015 DEC 15 P 1:21

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

Name: Zachary R.E. Rusk
Address: 50. S 500 W. Apt 419
Telephone: 801.244.7798

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH - Central DIVISION

Zachary R.E. Rusk

Plaintiff,

v.

Fidelity Brokerage Services (FBS)

Defendant(s).

exhibit A

COMPLAINT

Case: 2:15cv00853
Assigned To : Parrish, Jill N.
Assign. Date : 12/3/2015
Description: Rusk v. Fidelity Brokerage Services

### A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

### B. PARTIES

1. Name of plaintiff: _____Exhibit A_____
   Present mailing address: _____

2. Name of first defendant:
Present mailing address or
business location: _____EXHIBIT A_____

3. Name of second defendant:
Present mailing address or
business location: _____

4. Name of third defendant:
Present mailing address or
business location: _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:
_____EXHIBIT B_____

2. The discriminatory acts occurred on or about:
__Apr. 2013 - APR 2015__
(Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:
__Feb 1st 2015__
(Month, Day, Year)

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

FEB 1ST 2015
(Month, Day, Year)

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

NOV 24TH 2015
(Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. ____ Failure to employ me
   b. ✓ Failure to promote me
   c. ✓ Termination of my employment
   d. ____ Demotion
   e. ✓ Denied equal pay/work
   f. ✓ Sexual harassment
   g. ✓ General harassment
   h. ✓ Other acts (Be specific: Attach an additional sheet if necessary)

   EXHIBIT B
   _____
   _____

7. Defendant's conduct is discriminatory with respect to:

   a. ____ my race        d. ✓ my religion
   b. ____ my color       e. ____ my national origin
   c. ____ my sex         f. ____ my age

   *exhibt B  X ADA/Disabily

8. I believe that the defendant is still committing these acts against me.

   ____ yes    ____ no    N/A

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the

basis for my allegations:

a. (1) Count I: _exhibit B_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

_Exhibit B & C_

b. (1) Count II: _____

   (2) Supporting Facts: _exhibit B & C_

## E. INJURY

1. How have you been injured by the actions of the defendant(s)?

_Exhibit B & C_

## F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

_Exhibit B & C_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at _____ on Dec 3rd, 2015.
(Location)

_____
Signature

H:\prose\vii.gui