exhibit

A

Defendants: Fidelity Brokerage Services (FBS)

Business Location:

49 N 400 W
Salt Lake City, UT 84101

Exhibit A

Stacey Schmidt, Associate General Council for Discrimination; Jewel Ellis, HR Director; Andrea Jung, HR VP; Ellen Riggi, Senior Accomodations Specialist/Approver; Charity Swanson, Director SVC; Don Montgomery, Director HNW; Jeff Newbold, Director; Hayley Curtis, Director; Jeff Porter, Manager; Curtis Dudley, Manager; Greg Proctor, Manager; Mark Fenton, Supervisor; Melinda Nelson, Supervisor; Troy Koon, Supervisor; Adam, Supervisor; Cory Fillmore, Manager (Licensing and Registration and later SVC); Budd Black, Manager (T&D and later SVC Manager); Mitchell Stout, Manager (T&D); Chris Colgan, Compliance Director; Karen Rider, Manager (RET); Kevin Goff, Manager (RET); Mark Gines, Manager; Nikki Gore, Manager (Annuities); Wesley Odekirk, Manager (Annuities); Lance Frival, Manager (HNW); Laurie Ann Thor, Manager (ER); Jay Ball, Manager (ER); Karen Tenney, Manager (ER), Scott Buchanan, Manager (ER); Greg Gallagher, Manager/Director (HNW); David Stephansen, Manager (HNW); Timothy Neath, Manager (SDB/HSA); Alex Castillo, Manager (SDB/HSA); Matt Webber, Manager (SVC); Darrin Farr, Manager (SVC); Zan Hughes, Manager SLC IC; Tad Harris, IC RPC; Tyler Kerby, Supervisor; Garret Johnson, Supervisor; John Klindt, Supervisor; Jimmy M Florio, Systems Analyst; Rasheed Abdullah (Technology); Sarah Metcalf (AA); Gina Acker (AA); Gary E. Stevens, Vice President, Chief Ethics Officer PWI Risk and Compliance, Theresa Andes (Compliance Office), Jenny Spitzmueller (Ethics Office), Jessica Demill, Supervisor; Aaron Fox, HD/Supervisors Manager; George Yzejian, Operations; Brent Nelson, SFS/Processing Specialist (Ops); Max Brown, Supervisor; Kris Liacopoulos, GM GTW/AFK;